COTTLE *v.* WILKES, solicitor-general.

HILL, J.  The evidence in this case being sufficient to authorize the judge to find that the act complained of was a public nuisance on the public highway, he did not abuse his discretion in granting an interlocutory injunction.

*Judgment affirmed.   All the Justices concur, except Atkinson, J., dissenting.*
MARCH 11, 1914.

Injunction.  Before Judge Thomas.  Tift superior court.  September 25, 1913.

The alleged nuisance against which injunction was sought consisted in putting the public roads and bridges to the extraordinary use of hauling over them large sawmill logs on two-wheeled carts, whereby the roads were being cut into ditches and gullies and the bridges broken, necessitating frequent repairs.   The defendant

denied that his hauling was the cause of the condition of the roads, and that his carts had broken the bridges except on one or two occasions when a guard-rail had been knocked from its position. He set up that the bad condition of the roads and bridges was due to the failure of the county authorities to do their legal duty. There was conflicting testimony at the hearing.

Smith & Griggs, for plaintiff in error.

J. S. Ridgill and S. F. Mitchell, contra.